UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>HALLIDAY, WATKINS, MANN, PC, JASON B TINGLE, GERALD M HUNTER, STACIE RUFFING, STEWART TITLE COMPANY,  FAIRWAY INDEPENDENT MORTGAGE CORPORATION,  MERSCORP HOLDINGS, INC.,  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS),  IDAHO HOUSING AND FINANCE ASSOCIATION, GARY ROSS, AMBER MARICIO,<br><br>Defendants. | 4:25-CV-04024-CCT<br><br>**ORDER GRANTING MOTION TO CORRECT NAME NUNC PRO TUNC** |

Defendant Stewart Title Company moves to correct its name *nunc pro tunc* in the caption of this case and all prior pleadings and orders of this court. Docket 49. Stewart Title Company previously appeared and filed initial pleadings in this matter using the incorrect name of "Stewart Title Guaranty Company," a related entity. *Id.*

Plaintiff objects stating "[t]he unauthorized substitution … was improper, unsanctioned, and intended to delay and obscure the Defendant's failure to

appear and defend." Docket 56 at 2. Plaintiff further claims that he is prejudiced by the filing in numerous ways. *Id.*

The function of a *nunc pro tunc* order is to correct clerical or ministerial errors. *United States v. Suarez-Perez,* 484 F.3d 537, 541 (8th Cir. 2007). This Court finds that the use of the incorrect entity name was a clerical error and grants Defendant Stewart Title Company's motion.

Therefore, it is

ORDERED that the Defendant Stewart Title Company's Motion to Correct Name Nunc Pro Tunc (Docket 49) is granted; it is further

ORDERED that the name in the caption of this case and in all pleadings and orders shall be corrected to Stewart Title Company *nunc pro tunc* to March 18, 2025, the date Stewart Title Company entered its appearance.

Dated May 29, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE